UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Gerard Owczarzak,

          Plaintiff,        Case No. 23-13113

v.                                    Judith E. Levy
                                       United States District Judge

JP Morgan Chase Bank, NA,

                                       Mag. Judge Elizabeth A.
         Defendant.      Stafford

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [17]

Before the Court is Magistrate Judge Elizabeth A. Stafford's Report and Recommendation recommending the Court grant Defendant's motion to dismiss. (ECF No. 17.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 17) is ADOPTED;

Defendant's motion to dismiss (ECF No. 10) is GRANTED; and this case is hereby DISMISSED.[1]

IT IS SO ORDERED.

Dated: September 10, 2024  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 10, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).